**Order entered May 15, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00422-CV

### IN RE PETER BEASLEY, Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-05278**

## ORDER
Before Justices Myers, Molberg, and Nowell

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/ KEN MOLBERG
   JUSTICE